# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2013

## NO. 03-11-00037-CV

**Gayle Rosenthal, Appellant**

**v.**

**Sam Boyd, Trustee, as the Legal Representative of the Ethel Davidson Boyd Living Trust; Sam Boyd, Trustee, as the Legal Representative of the Ethel Davidson Boyd Living Trust No. Two; Imad Salem and MWM Design, Inc., Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment. **IT IS THEREFORE** ordered that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.